UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
DENISE CRUMWELL, ON BEHALF OF
HERSELF AND ALL OTHER PERSONS
SIMILARLY SITUATED,

          Plaintiffs,

    v.

SKATIE, LLC,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:24-cv-9203

**<u>NOTICE OF VOLUNTARY DISMISSAL</u>**

    Plaintiff(s), DENISE CRUMWELL, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above-entitled action with prejudice and without fees and costs against Defendant, SKATIE, LLC.

Dated:   New York, New York
           June 25, 2025

**GOTTLIEB & ASSOCIATES PLLC**

<u>/s/ Jeffrey M. Gottlieb</u>
Michael A. LaBollita, Esq. (ML-9985)
Jeffrey M. Gottlieb, Esq. (JG-7905)
150 East 18th Street, Suite PHR
New York, New York 10003
(212) 228-9795
*Attorneys for Plaintiffs*

SO ORDERED:

_____
J. PAUL OETKEN
United States District Judge

June 26, 2025